# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | Case No. 09-10448 |
| | § | |
| CECIL J BIZETTE | § | |
| LORENDA BIZETTE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Samera L. Abide, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $120,000.00 | Assets Exempt: | $31,300.00 |
| Total Distributions to Claimants: | $59,777.47 | Claims Discharged Without Payment: | $95,556.44 |
| Total Expenses of Administration: | $53,707.18 | | |

3) Total gross receipts of $113,484.65 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $113,484.65 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $123,000.00 | $12,967.30 | $12,967.30 | $12,967.30 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $53,707.18 | $53,707.18 | $53,707.18 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $1,800.00 | $1,228.23 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $124,480.00 | $76,238.53 | $75,907.61 | $46,810.17 |
| **Total Disbursements** | $249,280.00 | $144,141.24 | $142,582.09 | $113,484.65 |

4). This case was originally filed under chapter 7 on 04/03/2009. The case was pending for 64 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2014     By:   /s/ Samera L. Abide
                              Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| DEP REVERSE: MIDSOUTH BANK | 1110-000 | ($449.37) |
| DEP REVERSE: OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER | 1110-000 | ($604.45) |
| MIDSOUTH BANK | 1110-000 | $449.37 |
| OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER | 1110-000 | $604.45 |
| 3 Firearms | 1129-000 | $150.00 |
| Costume Jewelry | 1129-000 | $100.00 |
| Feliciana Bank-Checking | 1129-000 | $1,095.42 |
| Guaranty Bank & Trust-Checking | 1129-000 | $1,002.21 |
| Video Camera;2 VCR; Camera; Stereo; CD Player; 3 TV; DVD Player | 1129-000 | $200.00 |
| Guaranty Bank & Trust-Christmas Account | 1229-000 | $600.00 |
| Guaranty Bank & Trust-Savings | 1229-000 | $41.58 |
| NE Wages-His (Est) | 1229-000 | $292.08 |
| Lawsuit: Car Accident | 1242-000 | $110,000.00 |
| Interest Earned | 1270-000 | $3.36 |
| **TOTAL GROSS RECEIPTS** | | **$113,484.65** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK, U.S. BANKRUPTCY COURT | 4210-001 | $0.00 | $6,470.08 | $6,470.08 | $6,470.08 |
| | Guaranty Bank and Trust | 4110-000 | $123,000.00 | $0.00 | $0.00 | $0.00 |
| | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER | 4210-000 | $0.00 | $6,497.22 | $6,497.22 | $6,497.22 |
| **TOTAL SECURED CLAIMS** | | | **$123,000.00** | **$12,967.30** | **$12,967.30** | **$12,967.30** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

UST Form 101-7-TDR (10/1/2010)

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Samera L. Abide, Trustee | 2100-000 | NA | $8,924.23 | $8,924.23 | $8,924.23 |
| Samera L. Abide, Trustee | 2200-000 | NA | $311.49 | $311.49 | $311.49 |
| Bank of Texas | 2600-000 | NA | $266.25 | $266.25 | $266.25 |
| MCKERNAN LAW FIRM, Attorney for Trustee | 3210-000 | NA | $36,666.67 | $36,666.67 | $36,666.67 |
| MCKERNAN LAW FIRM, Attorney for Trustee | 3220-000 | NA | $7,538.54 | $7,538.54 | $7,538.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $53,707.18 | $53,707.18 | $53,707.18 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | LOUISIANA DEPT OF REVENUE & TAXATION | 5800-000 | $600.00 | $683.25 | $0.00 | $0.00 |
| 7 | INTERNAL REVENUE SERVICE | 5800-000 | $1,200.00 | $544.98 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,800.00 | $1,228.23 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FORD MOTOR CREDIT CO., LLC | 7100-000 | $12,617.00 | $17,477.73 | $17,477.73 | $10,778.05 |
| 2 | ROUNDUP FUNDING, LLC | 7100-000 | $250.00 | $250.50 | $250.50 | $154.48 |
| 3 | DISCOVER BANK | 7100-000 | $6,815.00 | $8,645.52 | $8,645.52 | $5,331.46 |
| 4a | LOUISIANA DEPT OF REVENUE & TAXATION | 7100-000 | $0.00 | $170.15 | $0.00 | $0.00 |
| 5 | CHASE BANK USA, N.A. | 7100-000 | $6,302.00 | $7,370.64 | $7,370.64 | $4,545.27 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | CHASE BANK USA, N.A. | 7100-000 | $0.00 | $7,190.41 | $7,190.41 | $4,434.13 |
| 7a | INTERNAL REVENUE SERVICE | 7100-000 | $0.00 | $160.77 | $0.00 | $0.00 |
| 8 | PYOD LLC its successors and assigns | 7100-000 | $1,007.00 | $999.93 | $999.93 | $616.63 |
| 9 | PYOD LLC its successors and assigns | 7100-000 | $4,555.00 | $5,377.37 | $5,377.37 | $3,316.08 |
| 10 | AMERICAN EXPRESS BANK, FSB | 7100-000 | $23,767.00 | $25,156.79 | $25,156.79 | $15,513.51 |
| 11 | MIDLAND FUNDING, LLC | 7100-000 | $0.00 | $730.23 | $730.23 | $450.31 |
| 12 | MIDLAND FUNDING, LLC | 7100-000 | $1,034.00 | $1,034.41 | $1,034.41 | $637.89 |
| 13 | MIDLAND FUNDING, LLC | 7100-000 | $1,674.00 | $1,674.08 | $1,674.08 | $1,032.36 |
| | AlliedInterstate/ Direct TV | 7100-000 | $215.00 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $2,000.00 | $0.00 | $0.00 | $0.00 |
| | CFC Deficiency Recovery | 7100-000 | $16,643.00 | $0.00 | $0.00 | $0.00 |
| | Chrysler Financial | 7100-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| | Citibank | 7100-000 | $42.00 | $0.00 | $0.00 | $0.00 |
| | Dell | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| | GM Card | 7100-000 | $6,125.00 | $0.00 | $0.00 | $0.00 |
| | GMAC | 7100-000 | $8,003.00 | $0.00 | $0.00 | $0.00 |
| | Home Depot | 7100-000 | $42.00 | $0.00 | $0.00 | $0.00 |
| | L&B Transport | 7100-000 | $2,451.00 | $0.00 | $0.00 | $0.00 |
| | Sam's Club/MBGA | 7100-000 | $338.00 | $0.00 | $0.00 | $0.00 |
| | Seventh Avenue | 7100-000 | $300.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $124,480.00 | $76,238.53 | $75,907.61 | $46,810.17 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 09-10448 | Trustee Name: | Samera L. Abide |
|---|---|---|---|
| Case Name: | BIZETTE, CECIL J. AND BIZETTE, LORENDA | Date Filed (f) or Converted (c): | 04/03/2009 (f) |
| For the Period Ending: | 8/13/2014 | §341(a) Meeting Date: | 05/05/2009 |
| | | Claims Bar Date: | 10/26/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   8105 Raleigh Drive Ethel LA | $145,000.00 | $0.00 | | $0.00 | FA |
| 2   Guaranty Bank & Trust-Checking | $0.00 | $1,002.21 | | $1,002.21 | FA |
| 3   Feliciana Bank-Checking | $0.00 | $1,095.42 | | $1,095.42 | FA |
| 4   Exempt HHGS | $3,000.00 | $0.00 | | $0.00 | FA |
| 5   Video Camera;2 VCR; Camera; Stereo; CD Player; 3 TV; DVD Player | $200.00 | $200.00 | | $200.00 | FA |
| 6   Clothing | $1,300.00 | $0.00 | | $0.00 | FA |
| 7   Wedding Rings | $1,000.00 | $0.00 | | $0.00 | FA |
| 8   Costume Jewelry | $100.00 | $100.00 | | $100.00 | FA |
| 9   3 Firearms | $150.00 | $150.00 | | $150.00 | FA |
| 10   Life Insurance | $0.00 | $0.00 | | $0.00 | FA |
| 11   Retirement | Unknown | $0.00 | | $0.00 | FA |
| 12   C&L Bizette LLC Reliable Hot Shot Trucking LLC | $0.00 | $0.00 | | $0.00 | FA |
| 13   2001 Ford F150 | $1,000.00 | $0.00 | | $0.00 | FA |
| 14   Guaranty Bank & Trust-Savings (u) | $0.00 | $41.58 | | $41.58 | FA |
| 15   Guaranty Bank & Trust-Christmas Account (u) | $0.00 | $600.00 | | $600.00 | FA |
| 16   NE Wages-His (Est) (u) | $0.00 | $292.08 | | $292.08 | FA |
| 17   Lawsuit: Car Accident (u) | Unknown | $110,000.00 | | $110,000.00 | FA |
| INT   Interest Earned (u) | Unknown | Unknown | | $3.36 | FA |
| **TOTALS (Excluding unknown value)** | **$151,750.00** | **$113,481.29** | | **$113,484.65** | **Gross Value of Remaining Assets**    **$0.00** |

| Initial Projected Date Of Final Report (TFR): | 06/30/2011 | Current Projected Date Of Final Report (TFR): | 03/31/2014 | /s/ SAMERA L. ABIDE |
|---|---|---|---|---|
| | | | | SAMERA L. ABIDE |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-10448 | | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|---|
| Case Name: | BIZETTE, CECIL J. AND BIZETTE, LORENDA | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6075 | | | Checking Acct #: | ******0260 |
| Co-Debtor Taxpayer ID #: | **-***6076 | | | Account Title: | DDA |
| For Period Beginning: | 4/3/2009 | | | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 8/13/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/01/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $3,484.65 | | $3,484.65 |
| 10/17/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.44 | $3,479.21 |
| 11/15/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $11.24 | $3,467.97 |
| 11/16/2011 | | Bank of Texas | Reverse Bank Service Fee | 2600-000 | | ($5.62) | $3,473.59 |
| 12/14/2011 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.43 | $3,468.16 |
| 01/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.60 | $3,462.56 |
| 02/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.58 | $3,456.98 |
| 03/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.21 | $3,451.77 |
| 04/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.56 | $3,446.21 |
| 05/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.37 | $3,440.84 |
| 06/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.54 | $3,435.30 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.35 | $3,429.95 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.52 | $3,424.43 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.52 | $3,418.91 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.33 | $3,413.58 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.50 | $3,408.08 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.31 | $3,402.77 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.48 | $3,397.29 |
| 02/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.49 | $3,391.80 |
| 03/14/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $4.95 | $3,386.85 |
| 04/12/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.47 | $3,381.38 |
| 04/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.28 | $3,376.10 |
| 05/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.44 | $3,370.66 |
| 06/28/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $5.26 | $3,365.40 |
| 07/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,355.40 |
| 08/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,345.40 |
| 09/30/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,335.40 |
| 10/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,325.40 |
| | | | **SUBTOTALS** | | **$3,484.65** | **$159.25** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-10448 | | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|---|
| Case Name: | BIZETTE, CECIL J. AND BIZETTE, LORENDA | | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6075 | | | Checking Acct #: | ******0260 |
| Co-Debtor Taxpayer ID #: | **-***6076 | | | Account Title: | DDA |
| For Period Beginning: | 4/3/2009 | | | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 8/13/2014 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/29/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $10.00 | $3,315.40 |
| 12/05/2013 | | MCKERNAN LAW FIRM, PLLC | SETTLEMENT FUNDS (DOC | * | $110,000.00 | | $113,315.40 |
| | {17} | | | $110,000.00 | 1242-000 | | $113,315.40 |
| 12/16/2013 | | DEP REVERSE: MIDSOUTH BANK | SHOULD HAVE BEEN A CHECK. | 1110-000 | ($449.37) | | $112,866.03 |
| 12/16/2013 | | DEP REVERSE: OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER | SHOULD HAVE BEEN A CHECK. | 1110-000 | ($604.45) | | $112,261.58 |
| 12/20/2013 | | MIDSOUTH BANK | SECURED LIENS PER ORDER (DOC 58). SHOULD HAVE BEEN A CHECK. | 1110-000 | $449.37 | | $112,710.95 |
| 12/20/2013 | | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER | SECURED LIENS PER ORDER (DOC 58). SHOULD HAVE BEEN A CHECK. | 1110-000 | $604.45 | | $113,315.40 |
| 12/20/2013 | 5001 | MCKERNAN LAW FIRM | ATTORNEY FOR THE TRUSTEE FEES PER ORDER (DOC 58) . | 3210-000 | | $36,666.67 | $76,648.73 |
| 12/20/2013 | 5002 | MCKERNAN LAW FIRM | ATTORNEY FOR THE TRUSTEE EXPENSES PER ORDER (DOC 58) . | 3220-000 | | $5,533.54 | $71,115.19 |
| 12/20/2013 | 5003 | MCKERNAN LAW FIRM | ATTORNEY FOR THE TRUSTEE EXPENSES PER ORDER (DOC 58). | 3220-000 | | $2,005.00 | $69,110.19 |
| 12/20/2013 | 5004 | EMS | SECURED LIENS PER ORDER (DOC 58) | 4210-000 | | $585.00 | $68,525.19 |
| 12/20/2013 | 5005 | HUMANA | SECURED LIENS PER ORDER (DOC 58) | 4210-000 | | $4,858.40 | $63,666.79 |
| 12/20/2013 | 5006 | SEDGWICK CMS | SECURED LIENS PER ORDER (DOC 58) | 4210-000 | | $6,470.08 | $57,196.71 |
| 12/20/2013 | 5007 | MIDSOUTH BANK | SECURED LIENS PER ORDER (DOC 58) | 4210-000 | | $449.37 | $56,747.34 |
| 12/20/2013 | 5008 | OUR LADY OF THE LAKE REGIONAL MEDICAL CENTER | SECURED LIENS PER ORDER (DOC 58) | 4210-000 | | $604.45 | $56,142.89 |
| 12/31/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $97.00 | $56,045.89 |
| 04/01/2014 | 5006 | STOP PAYMENT: SEDGWICK CMS | SECURED LIENS PER ORDER (DOC 58) | 4210-004 | | ($6,470.08) | $62,515.97 |
| 04/03/2014 | 5009 | CLERK, U.S. BANKRUPTCY COURT | DEPOSIT INTO TREASURY PER ORDER [D-62] | 4210-001 | | $6,470.08 | $56,045.89 |
| 06/26/2014 | 5010 | Samera L. Abide | Trustee Compensation | 2100-000 | | $8,924.23 | $47,121.66 |
| 06/26/2014 | 5011 | Samera L. Abide | Trustee Expenses | 2200-000 | | $311.49 | $46,810.17 |
| 06/26/2014 | 5012 | FORD MOTOR CREDIT CO., LLC | Account Number: ; Claim #: 1; Amount Claimed: 17,477.73; Amount Allowed: 17,477.73; Dividend: 19.23; | 7100-000 | | $10,778.05 | $36,032.12 |

|  |  | **SUBTOTALS** | **$110,000.00** | **$77,293.28** |
|---|---|---|---|---|

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-10448 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | BIZETTE, CECIL J. AND BIZETTE, LORENDA | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6075 | | Checking Acct #: | ******0260 |
| Co-Debtor Taxpayer ID #: | **-***6076 | | Account Title: | DDA |
| For Period Beginning: | 4/3/2009 | | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 8/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/26/2014 | 5013 | ROUNDUP FUNDING, LLC | Account Number: 6317; Claim #: 2; Amount Claimed: 250.50; Amount Allowed: 250.50; Dividend: 0.27; | 7100-000 | | $154.48 | $35,877.64 |
| 06/26/2014 | 5014 | DISCOVER BANK | Account Number: 7566; Claim #: 3; Amount Claimed: 8,645.52; Amount Allowed: 8,645.52; Dividend: 9.51; | 7100-000 | | $5,331.46 | $30,546.18 |
| 06/26/2014 | 5015 | CHASE BANK USA, N.A. | Account Number: 3607; Claim #: 5; Amount Claimed: 7,370.64; Amount Allowed: 7,370.64; Dividend: 8.10; | 7100-000 | | $4,545.27 | $26,000.91 |
| 06/26/2014 | 5016 | CHASE BANK USA, N.A. | Account Number: 0678; Claim #: 6; Amount Claimed: 7,190.41; Amount Allowed: 7,190.41; Dividend: 7.91; | 7100-000 | | $4,434.13 | $21,566.78 |
| 06/26/2014 | 5017 | PYOD LLC its successors and assigns | Account Number: 2045; Claim #: 8; Amount Claimed: 999.93; Amount Allowed: 999.93; Dividend: 1.10; | 7100-000 | | $616.63 | $20,950.15 |
| 06/26/2014 | 5018 | PYOD LLC its successors and assigns | Account Number: 3926; Claim #: 9; Amount Claimed: 5,377.37; Amount Allowed: 5,377.37; Dividend: 5.91; | 7100-000 | | $3,316.08 | $17,634.07 |
| 06/26/2014 | 5019 | AMERICAN EXPRESS BANK, FSB | Account Number: 1005; Claim #: 10; Amount Claimed: 25,156.79; Amount Allowed: 25,156.79; Dividend: 27.68; | 7100-000 | | $15,513.51 | $2,120.56 |
| 06/26/2014 | 5020 | MIDLAND FUNDING, LLC | Account Number: 4779; Claim #: 11; Amount Claimed: 730.23; Amount Allowed: 730.23; Dividend: 0.80; | 7100-000 | | $450.31 | $1,670.25 |
| 06/26/2014 | 5021 | MIDLAND FUNDING, LLC | Account Number: 7734; Claim #: 12; Amount Claimed: 1,034.41; Amount Allowed: 1,034.41; Dividend: 1.13; | 7100-000 | | $637.89 | $1,032.36 |
| 06/26/2014 | 5022 | MIDLAND FUNDING, LLC | Account Number: 7958; Claim #: 13; Amount Claimed: 1,674.08; Amount Allowed: 1,674.08; Dividend: 1.84; | 7100-000 | | $1,032.36 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $36,032.12 |

Page No: 4     Exhibit 9

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-10448 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | BIZETTE, CECIL J. AND BIZETTE, LORENDA | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***6075 | | Checking Acct #: | ******0260 |
| Co-Debtor Taxpayer ID #: | **-***6076 | | Account Title: | DDA |
| For Period Beginning: | 4/3/2009 | | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 8/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** | | $113,484.65 | $113,484.65 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** | | $3,484.65 | $0.00 | |
|  |  |  | **Subtotal** | | $110,000.00 | $113,484.65 | |
|  |  |  | **Less: Payments to debtors** | | $0.00 | $0.00 | |
|  |  |  | **Net** | | $110,000.00 | $113,484.65 | |

For the period of **4/3/2009** to **8/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $110,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $110,000.00 |
| Total Internal/Transfer Receipts: | $3,484.65 |
| | |
| Total Compensable Disbursements: | $113,484.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,484.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **09/01/2011** to **8/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $110,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $110,000.00 |
| Total Internal/Transfer Receipts: | $3,484.65 |
| | |
| Total Compensable Disbursements: | $113,484.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,484.65 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-10448 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | BIZETTE, CECIL J. AND BIZETTE, LORENDA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***6075 | | Money Market Acct #: | ******0448 |
| Co-Debtor Taxpayer ID #: | **-***6076 | | Account Title: | |
| For Period Beginning: | 4/3/2009 | | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 8/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/27/2009 | | DEBTORS | PAYMENT ON ACCOUNT | * | $500.00 | | $500.00 |
| | {8} | | $100.00 | 1129-000 | | | $500.00 |
| | {9} | | $150.00 | 1129-000 | | | $500.00 |
| | {14} | | $41.58 | 1229-000 | | | $500.00 |
| | {16} | | $208.42 | 1229-000 | | | $500.00 |
| 09/25/2009 | | DEBTORS | PAYMENT ON ACCOUNT | * | $2,981.29 | | $3,481.29 |
| | {2} | | $1,002.21 | 1129-000 | | | $3,481.29 |
| | {3} | | $1,095.42 | 1129-000 | | | $3,481.29 |
| | {5} | | $200.00 | 1129-000 | | | $3,481.29 |
| | {15} | | $600.00 | 1229-000 | | | $3,481.29 |
| | {16} | | $83.66 | 1229-000 | | | $3,481.29 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.02 | | $3,481.31 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.15 | | $3,481.46 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.14 | | $3,481.60 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.15 | | $3,481.75 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.15 | | $3,481.90 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.13 | | $3,482.03 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.15 | | $3,482.18 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.14 | | $3,482.32 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.15 | | $3,482.47 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.14 | | $3,482.61 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.15 | | $3,482.76 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.15 | | $3,482.91 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.14 | | $3,483.05 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.15 | | $3,483.20 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.14 | | $3,483.34 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.15 | | $3,483.49 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.15 | | $3,483.64 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.13 | | $3,483.77 |
| | | | SUBTOTALS | | $3,483.77 | $0.00 | |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-10448 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | BIZETTE, CECIL J. AND BIZETTE, LORENDA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***6075 | | Money Market Acct #: | ******0448 |
| Co-Debtor Taxpayer ID #: | **-***6076 | | Account Title: | |
| For Period Beginning: | 4/3/2009 | | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 8/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.15 | | $3,483.92 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.14 | | $3,484.06 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.15 | | $3,484.21 |
| 06/30/2011 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.14 | | $3,484.35 |
| 07/29/2011 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.15 | | $3,484.50 |
| 08/31/2011 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.15 | | $3,484.65 |
| 09/01/2011 | | Bank of Texas | Transfer Funds | 9999-000 | | $3,484.65 | $0.00 |
| | | | TOTALS: | | $3,484.65 | $3,484.65 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $3,484.65 | |
| | | | Subtotal | | $3,484.65 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $3,484.65 | $0.00 | |

| For the period of 4/3/2009 to 8/13/2014 | | For the entire history of the account between 08/27/2009 to 8/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $3,484.65 | Total Compensable Receipts: | $3,484.65 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,484.65 | Total Comp/Non Comp Receipts: | $3,484.65 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,484.65 | Total Internal/Transfer Disbursements: | $3,484.65 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-10448 | | Trustee Name: | Samera L. Abide |
|---|---|---|---|---|
| Case Name: | BIZETTE, CECIL J. AND BIZETTE, LORENDA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***6075 | | Money Market Acct #: | ******0448 |
| Co-Debtor Taxpayer ID #: | **-***6076 | | Account Title: | |
| For Period Beginning: | 4/3/2009 | | Blanket bond (per case limit): | $31,229,046.00 |
| For Period Ending: | 8/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $113,484.65 | $113,484.65 | $0.00 |

**For the period of 4/3/2009 to 8/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $113,484.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,484.65 |
| Total Internal/Transfer Receipts: | $3,484.65 |
| | |
| Total Compensable Disbursements: | $113,484.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,484.65 |
| Total Internal/Transfer Disbursements: | $3,484.65 |

**For the entire history of the case between 04/03/2009 to 8/13/2014**

| | |
|---|---|
| Total Compensable Receipts: | $113,484.65 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $113,484.65 |
| Total Internal/Transfer Receipts: | $3,484.65 |
| | |
| Total Compensable Disbursements: | $113,484.65 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $113,484.65 |
| Total Internal/Transfer Disbursements: | $3,484.65 |